IN THE UNITED STATES BANKRUPCTY COURT FOR THE

WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL KEVIN ABNEY, | ) | Case No. 15-60501-7 |
| SS#XXX-XX-8947 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Adv. No. |
| MICHAEL KEVIN ABNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT

I Michael Kevin Abney ("Debtor") for this Complaint to Determine Dischargeability of Student Loan Debt respectively states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Debtor filed his Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code on May 8, 2015. Debtor has two dependents.
2. Defendant, United States of America Department of Education is a creditor of Debtor.
3. This Court has jurisdiction over the parties pursuant to 28 U.S.C. §§ 1334 (b), 157(a), and 157(b)(1).
4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(1).
5. This adversary proceeding is authorized by 11 U.S.C. § 523(a)(8) and Rule 4007(a) Fed. R. Bankr. P.

## CAUSE OF ACTION

6. During the years 1995 through 1997, Debtor obtained Student Loans for schooling for a total of $17,875. The Student Loans are insured the United States Department of Education. As of the petition date, the amount due and owing on the student loans was $36,867.84.

7. Where the Student Loan debt poses a substantial hardship to a bankruptcy debtor and his dependents, such debts are dischargeable. 11 U.S.C. § 523(a)(8).

8. Based on the facts outlined below, Debtor states that the Student Loans pose a substantial hardship to him and his dependents.
    a. High child support that totals $750 a month plus arrearages for a total of $1,038.46 a month.
    b. Five custody hearings since 2007 and unknown dollar amount for hearings in the future, Debtor has not seen his children since 2012 except for 30 minutes of visit with one.
    c. Nervous breakdown in May 2013 after a failed chapter 13 bankruptcy and hearing number four with ex-wife.
    d. Medical, medicine, and doctor visits extended over a year equal more than $300 month (estimated). $171.84 for health insurance monthly for Debtor and dependents.
    e. Homeless and lived in a homeless shelter since June 2013-June 2015. Lived in eighteen wheeler for the months of November 2012 through May 2013 and October 2013 through May 2014 for work.
    f. Has only a bicycle for morning commute to work of four miles.
    g. Has nothing of value except what is but a few items in storage and clothes on his back.

9. This Court should find that the Student Loan poses a substantial hardship to Debtor and his dependents, and therefore dischargeable pursuant to 11 U.S.C. § 523(a)(8).

2

WHEREFORE, Debtor prays for judgment determining that Debtor's Student Loan debt is dischargeable pursuant to 11 U.S.C. § 523(a)(8), and for such further relief to which Debtor may be justly entitled.

DATED this 22th day of JUNE, 2015.                                    Respectfully submitted,

                                                                      *[signature]*

                                                                      MICHAEL K. ABNEY