7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Kevin Abney
*Debtor*

*Bankruptcy Case No.*
15−60501−abf7

**Michael Kevin Abney**
    Plaintiff(s)

*Adversary Case No.*
15−06027−abf

v.

**United States Department of Education**
    Defendant(s)

## JUDGMENT

     This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Memorandum Opinion(Doc. No. 20), entered by the court on 11−10−2015, Judgment is entered in favor of Debtor−Plaintiff Michael Kevin Abney, and against Defendant United States Department of Education; the Debtors student loan debt is DISCHARGED pursuant to 11 U.S.C. § 523(a)(8). Each party to bear its own costs.



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
        Deputy Clerk

Date of issuance: 11/10/15

Court to serve